DAVID L. PRINCE, ESQ., #113599
EVAN A. CLARK, ESQ., #309697
1912 East Vernon Avenue,
Suite 100
Los Angeles, California 90058
Tel. 323/234-2989 Fax. 323/234-2619
eMail: dlp@redchamber.com
eMail: eclark@redchamber.com

JS-6

Attorney for Plaintiff, Magnum Export

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNUM EXPORT, | ) CASE NO.: 2:22-CV-02043-JFW(RAOx) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| HARVEST KING TRADING USA, LIMITED, | ) |
| Defendant. | ) |

Upon the request of Plaintiff, Magnum Export, and good cause thereby appearing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the action is dismissed with the Court retaining jurisdiction over the parties pursuant to order of this Court entered on December 15, 2022 (Dkt. No. 57).

Dated:  December 16, 2022

John F. Walter
United States District Court Judge

Order of Dismissal