Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNUM EXPORT, | CASE NO.: 2:22-CV-02043-JFW(RAOx) |
| Plaintiff, | JUDGMENT PURSUANT TO STIPULATION |
| vs. | |
| HARVEST KING TRADING USA, LIMITED, | |
| Defendant. | |

Upon reading the Stipulation for Entry of Judgment and good cause thereby appearing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that judgment is entered in favor of Plaintiff Magnum Export and against Defendant Harvest King Trading USA, Limited in the sum of $150,000.00.

Dated: January 3, 2023

_____
John F. Walter
United States District Court Judge

Judgment Pursuant to Stipulation